**Helen RAMSEY, Plaintiff-Appellant,**

v.

**BRANCH BANKING AND TRUST COMPANY; Karen J. Glascock; Carol F. Ordess, Defendants-Appellees.**

No. 17-1495

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 28, 2017

Helen Ramsey, Appellant Pro Se. Alan Durrum Wingfield, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellees.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helen Ramsey appeals the district court's order granting Defendants' motion to dismiss and dismissing her fraud claim as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ramsey v. Branch Banking & Tr. Co.*, No. 3:15-cv-00165-MHL, 2017 WL 1086761 (E.D. Va. Mar. 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*